**Order entered October 23, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01351-CV

## IN RE JASON R. SCHUH, M.D. AND NORTHSTAR ANESTHESIA, P.A., Relators

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01461-C**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus without prejudice to the filing of a subsequent petition for writ of mandamus upon entry of a written order by the trial court. We **DENY** relators' motion for immediate temporary relief. We **ORDER** relators to bear the costs of this original proceeding.

/s/    KERRY P. FITZGERALD
        JUSTICE